IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN BENITEZ,

        Petitioner,                  No. CIV S-03-2406 LKK KJM P

    vs.

A.A. LAMARQUE,

        Respondent.                 ORDER

_____/

        Petitioner, a state prisoner inmate proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 4, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed March 4, 2005, are adopted in full; and

2. Respondent's April 2, 2004 motion to dismiss is granted and petitioner is given the option of filing an amended petition containing only exhausted claims, with any such amended petition to be filed within thirty days.

DATED: May 10, 2005.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

/bcni2406.801

2