1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BENJAMIN BENITEZ,

11            Petitioner,                  No. CIV S-03-2406 LKK KJM P

12       vs.

13   A.A. LAMARQUE,

14            Respondent.              ORDER

15   _____/

16            In compliance with the district judge's order of August 9, 2005, the Clerk of the

17   Court is directed to serve a copy of the order filed August 9, 2005 and a copy of petitioner's

18   objections filed July 11, 2005 on respondent.  The objections shall be deemed to be petitioner's

19   amended petition.

20            Respondents are directed to file a response to petitioner's amended habeas

21   petition within sixty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254

22   Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the

23   issues presented in the petition.  See Rule 5, Fed. R. Governing § 2254 Cases.

24   /////

25   /////

26   /////

                                        1

1    Petitioner's reply, if any, shall be filed and served within thirty days after service

2  of the answer.

3    IT IS SO ORDERED.

4  DATED:  December 29, 2005.

5

6  _____
   UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11  2

12  beni2406.100

13

14

15

16

17

18

19

20

21

22

23

24

25

26